# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ASHLEY DEAN BOWLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-731-JDK-JDL |
| | § | |
| JOHN DOE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Ashley Bowling, proceeding pro se, filed this lawsuit against Defendants on July 8, 2025. Docket No. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.

On July 9, 2025, Judge Love issued a Report and Recommendation recommending that Plaintiff's complaint be dismissed with prejudice for failure to state a claim as the allegations were frivolous. Docket No. 5. Plaintiff filed a motion to reconsider the report and recommendation (Docket No. 9), as well as a statement of claim (Docket No. 10), and a motion for injunctive relief (Docket No. 11), which the Court liberally construes as objections to the Report.

Where a party timely objects to the Report, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79

F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

In her objections, Plaintiff raises no new non-frivolous basis for her allegations and repeats many of the same facts. Docket Nos. 9–11. For example, Plaintiff again emphasizes that since 2018 she has been subjected to unauthorized electronic surveillance daily. Docket No. 10. After reviewing Plaintiff's objections, the Court concludes that the objections are without merit and that Plaintiff has failed to state a claim for relief.

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Plaintiff's objections are without merit. Accordingly, the Court **OVERRULES** Plaintiff's objections (Docket Nos. 9–11) and **ADOPTS** the Report of the Magistrate Judge (Docket No. 5) as the opinion of the Court. Plaintiff's claims are **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.

**So ordered and signed on this**
**Aug 5, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE